■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER J. BROSCHART, Appellant. [769 NYS2d 749]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 27, 2003 (*People v Broschart*, 301 AD2d 658 [2003], *lv denied* 100 NY2d 618 [2003]), affirming two judgments of the County Court, Orange County, both rendered May 29, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]). Prudenti, P.J., Ritter, Luciano and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OZZIE BRYANT, Appellant. [769 NYS2d 747]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered June 26, 2002, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

No sanction was imposed on the prosecution for its failure to preserve the recording of a police radio transmission that contained a description of the robber. Under the facts of this case, there is no reasonable possibility that the nondisclosure "materially contributed to the result of the trial" (CPL 240.75; *see People v Johnson*, 301 AD2d 462, 463 [2003]; *People v Sorbello*, 285 AD2d 88 [2001]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Santucci, J.P., Krausman, Schmidt and Rivera, JJ., concur.